```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| SCOTT KANVICK, | ) | 3:08-CV-00397-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MAY 27, 2010 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN       Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On April 27, 2010, the Magistrate Judge filed a Report and Recommendation (#62) recommending that Defendants' Motion for Partial Summary Judgment (#39) be granted.

    No objections have been timely filed to the Report and Recommendation (#62).

    The Report and Recommendation (#62) appears to be well taken. **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**. **IT IS FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment (#39), filed on September 9, 2009, is **GRANTED**.

                                                LANCE S. WILSON, CLERK

                                                By          /s/
                                                      Deputy Clerk